
**FILED**
**OCT X 9 2009**
U.S. DISTRICT COURT
E. DISTRICT OF

| Rev 01/2008 | United States District Court for the Eastern District of Missouri Non-Appropriated Fund |
|---|---|

**REQUEST FOR COMPENSATION OF SERVICES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

Assigned Judge: Autry  Case Number: 4:08-cv-01649-HEA
Case Title: Rogers vs. Amalgamated Transit Union Local 788, et al.
Name of Party Represented: Leonard Doyle Rogers   Date appointed:
Request for (check one): ☒ Interim Payment   ☐ Final Payment
Check box if previous payments have been made in this case: ☐   Amount previously paid: $
Judgment Entered? ☐ Yes  ☒ No   If yes, Date of Judgment:
If applicable, date of order granting leave to withdraw:   Has a fee award been made to you in this case?

Attorney's Name: Julie L. Siegel   Make check payable to: ☒ Attorney ☐ Firm
Firm or Business Name: Frankel, Rubin, Bond, Dubin, Siegel & Klein, P.C.
Street Address: 231 S. Bemiston Avenue, Suite 1111
City/State/Zip: Clayton, MO 63105-1914   Phone: (314)725-8000; Fax: (314)726-5837

## Claim for Services

*Please refer to the Instructions for Completing Request for Compensation of Services and Reimbursement of Expenses for time keeping*

| In Court: | Hours Claimed | Total Amount Claimed |
|---|---|---|
| Conferences | | |
| Hearings | | |
| Trial | | |
| Other (specify on additional worksheet) | | |
| (RATE PER HOUR = $    )        IN COURT TOTALS: | | |
| **Out of Court:** | | |
| Interviews and Conferences | | |
| Discovery | | |
| Legal Research and Brief Writing | | |
| Travel Time | | |
| (RATE PER HOUR = $    )        OUT OF COURT TOTALS: | | |
| **OVERALL TOTALS:** | | |

*(Note: The maximum compensation for attorney's fees for any one appointment in a civil case is $5,000.)*

**TOTAL COMPENSATION CLAIMED:** $

## Itemized Expenses

*Please refer to the Regulations Governing the Disbursement of Funds from the Non-Appropriated Fund for Attorney Fees and Out-of-Pocket Expenses Incurred by Attorneys*

| | |
|---|---|
| Depositions and Transcripts | $ 199.00 |
| Investigative, Expert or Other Services | $ |
| Travel Expenses | $ |
| Service of Papers/Witness Fees | $ |
| Interpreter Services | $ |
| Photographs, Photocopies, Telephone Toll Calls, Telegrams | $ |
| Other (Please attach description) | $ |
| **TOTAL EXPENSES CLAIMED:** | $ 199.00 |
| **TOTAL AMOUNT CLAIMED:** | $ 199.00 |

I swear to (or affirm) the truth and correctness of the above statements and that the work performed was, in my best judgment, necessary for the adequate preparation of the above-named case. Further, I swear (or affirm) that this request is made in the absence of other sources of prepayment or reimbursement and that if any attorney fees are otherwise recovered, I shall return an equivalent amount to the District Court fund.

_____   10/6/09
Attorney's Signature   Date

**FOR APPROVED PAYMENT**

Assigned Judge's Signature   10/13/09 Date   $ 199.00 Amount Approved

If the total of the reimbursement requested for out-of-pocket expenses and that already allowed exceeds $5,000, the approval of a majority of the judges on the Non-Appropriated Fund Committee is required. Reimbursement in excess of $10,000 must be approved by four district judges.

Chairperson Non-Appropriated Fund   Date   $ Amount Approved

#38