UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEONARD DOYLE ROGERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMALGAMATED TRANSIT UNION, ) <br> LOCAL 788 and HERBERT DILL ) <br> Defendants. ) | Case No. 4:08CV1649 HEA |

## **ORDER**

Plaintiff has filed a response, [Doc. No. 82], to the Court's Show Cause Order of March 26, 2010 sufficiently detailing his attempts to serve Defendant Dill.

Accordingly,

**IT IS HEREBY ORDERED** that the Show Cause Order is dismissed. Plaintiff is granted an additional 60 days within which to serve Defendant Herbert Dill. Failure to serve Defendant Dill will result in dismissal of Defendant Dill without prejudice.

Dated this 8th day of April , 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE